UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST CO., | )<br>) |
| Plaintiff(s), | ) Case No. 2:11-cv-01820-GMN-NJK<br>) |
| vs. | ) ORDER DISCHARGING ORDER<br>) TO SHOW CAUSE (Docket No. 54) |
| POST RAINBOW, et al., | ) AND REQUIRING THE FILING OF<br>) NOTICES OF RELATED CASES |
| Defendant(s). | )<br>) |

Currently before the Court is an order to show cause, Docket No. 54, and the parties' responses thereto, Docket Nos. 55, 56. For the reasons discussed below, the Court hereby **DISCHARGES** the order to show cause. The parties are further **ORDERED** to file a notice of related cases, no later than April 8, 2013.

On March 22, 2013, the parties filed a stipulation to extend discovery, which states that "[t]here are currently two other cases pending before this Court involving the same parties, same claims for relief, and identical legal issues: BB&T v. Ford Duneville, LLC, Case 2:11-cv-01776-JCM-GWF (the 'Ford Duneville Case') and BB&T v. The Borsack Group, Inc., Case 2:11-cv-01819-KJD-VCF (the 'Borsack Group Case')." *See*, *e.g.,* Docket No. 53 at 4. The parties further indicate that they have taken depositions simultaneously for all three cases and would like all three cases to have the same deadlines "in the interests of efficiency and economy." *Id.* at 4, 5.

The Local Rules require that any "[c]ounsel who has *reason to believe* that an action on file or about to be filed is related to another action on file (whether active or terminated) *shall* file in

1  each action and serve on all parties in each action a notice of related cases." Local Rule 7-2.1
2  (emphasis added). Despite the parties' statement in their recent stipulation, a notice of related cases
3  has not been filed.
4      Plaintiff's response to the order to show cause challenges whether the cases are related for
5  purposes of the Local Rules. *See* Docket No. 56 at 3.[1] But Plaintiff also notes that there is
6  commonality in the cases related to the defenses raised based on its acquisition of loans from the
7  FDIC. *See id.* at 4. According to Plaintiff, this commonality necessitated streamlining discovery
8  since "the deponents and documents connected to these FDIC-related defenses were the same for all
9  three cases." *Id.* As such, the parties had "reason to believe" that grounds may exist to find the
10 cases related, at the very least, under Local Rule 7-2.1(c) (actions involving similar questions of fact
11 exist, as well as the same question of law) or Local Rule 7-2.1(d) (not having cases related would
12 entail substantial duplication of labor if assigned to different district judges or magistrate judges).
13 Indeed, the renewed stipulation for an extension of discovery deadlines indicates that the same
14 discovery motions were filed in three different cases, requiring review by three different Magistrate
15 Judges. *See* Docket No. 53 at 4-5.
16     For the reasons discussed below, the Court hereby **DISCHARGES** the order to show cause,
17 but **ORDERS** the parties to file a notice of related cases, no later than April 8, 2013, in this and the
18 two cases identified above.
19     IT IS SO ORDERED.
20     DATED: April 3, 2013
21
22                                                                      _____
23                                                                       NANCY J. KOPPE
                                                                      United States Magistrate Judge
24
25
---
26    [1] Concurrently herewith the Court is issuing a second order to show cause in light of the
27 contradictory statements made in the stipulation and in Plaintiff's response to the original order to show cause.
28    The Court defers ruling on the renewed motion to extend time regarding discovery at this time.