# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST CO., | |
| Plaintiff(s), | Case No. 2:11-cv-01820-GMN-NJK |
| vs. | ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE (Docket No. 58) |
| POST RAINBOW, et al., | |
| Defendant(s). | |

Pending before the Court is the Second Order to Show Cause regarding contradictory statements made regarding the similarities (or lack thereof) between this and two other cases. *See* Docket No. 58. The Court has now received and reviewed the response of both parties. Docket Nos. 62, 63. The Court accepts the explanation that the contradicting statements were the result of a lack of clear articulation, rather than an attempt to mislead the Court. *See* Docket No. 63 at 5. For good cause shown, the Court hereby DISCHARGES the second order to show cause.

IT IS SO ORDERED.

DATED: April 11, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge