**Marquis Aurbach Coffing**
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
fmf@maclaw.com
crenka@maclaw.com
    Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>POST RAINBOW, LLC, a Nevada limited liability company; ARVSET, LLC, a Nevada limited liability company; THE CRAIG S. MICHAEL FAMILY LIMITED PARTNERSHIP, a limited partnership; CRAIG S. MICHAEL, an individual; DONALD D. BORSACK, an individual; MARLEAU D. BORSACK, an individual; JAMES E. BORSACK, an individual; RENEE S. BORSACK, an individual; EDWARD BORSACK, an individual; JOHN D. GURELL, an individual; MARY K. DURELL, an individual; WILLIAM BORSACK, an individual; THE DONALD D. BORSACK AND JULIE BORSACK FAMILY TRUST; THE MARLEAU D. BORSACK FAMILY TRUST; THE WILLIAM F. BORSACK LIVING TRUST; THE JAMES AND RENEE BORSACK FAMILY TRUST; THE JOHN D. GURELL AND MARY K. GURELL FAMILY TRUST; and DOES 1 through 10, inclusive.<br><br>          Defendants. | Case No.:   2:11-cv-01820-GMN-NJK<br><br>**STIPULATION TO EXTEND DEADLINES (SIXTH REQUEST)** |

**STIPULATION TO EXTEND DEADLINES (SIXTH REQUEST)**

Pursuant to FRCP 6(b), Local Rule 6-1(b), and Local Rule 26-4, Defendants by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, and Plaintiff by and

Page 1 of 3

MAC:12041-003 2038338_1 8/5/2013 8:59 AM

through its attorneys of record, the law firm of Holland & Hart, LLP, respectfully submit the following Stipulation to Extend Deadlines (Sixth Request).

### I. INTRODUCTION.

The Parties have reached a settlement and desire to extend all pending deadlines sixty (60) days to allow the Parties to finalize settlement documents and obtain the necessary final approval.

### II. REMAINING DEADLINES.

Discovery closed on July 7, 2013. See Renewed Stipulated Motion and Order to Extend Discovery Deadlines (Fifth Request) (#65). The dispositive motion deadline is set for August 8, 2013. There is currently no trial date set. The Parties filed a Second Amended Interim Status Report on June 17, 2013, requesting a trial date for two (2) days on or after February 2014, but have not yet received a new trial date from the Court. (#67).

### III. GOOD CAUSE EXISTS FOR THE EXTENSION OF TIME.

The Parties enter into this Stipulation in good faith and not for the purposes of delay. Good cause exists for the extension of time because the Parties reached a Settlement in a private mediation with Ara Shirinian, Esq. on July 31, 2013. LR 6-1(b). The Parties executed a Settlement Agreement, pursuant to which the Parties are to execute a more detailed Settlement Agreement to be finally approved by both Parties, and the Parties are to stipulate to extend all pending deadlines sixty (60) days. The sixty-day extension will allow the Parties to draft all the particular terms necessary for the final Settlement Agreement, obtain the necessary final approval, execute settlement documents, and complete the terms of the Settlement. The Parties wish to extend the deadlines to avoid the unnecessary fees and costs associated with filing dispositive motions and the associated briefing while finalizing the Settlement.

### IV. EXCUSABLE NEGLECT.

The Parties' failure to file this Stipulation 21 or more days before the dispositive motion deadline is the result of excusable neglect. LR 26-4. The dispositive motion deadline is currently set on August 8, 2013. The Parties did not reach a settlement until the mediation held

on July 31, 2013. Therefore, the Parties were unaware of the settlement until only eight (8) days before the dispositive motion deadline. Thus, the filing of this Stipulation less than 21 days before the dispositive motion deadline is the result of excusable neglect.

V.  **PROPOSED SCHEDULE.**

The Parties propose the following schedule for the remaining deadlines:

1. Dispositive Motions: October 7, 2013
2. Trial: On or after April, 2014 for 2 days, at the Court's convenience.

Dated this 5th of August, 2013

**MARQUIS AURBACH COFFING**

By: /s/ Frank M. Flansburg III
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendants

Dated this 5th of August, 2013

**HOLLAND & HART LLP**

By: /s/ Nicole E. Lovelock
JEREMY J. NORK, ESQ.
Nevada Bar No. 4017
NICOLE E. LOVELOCK, ESQ.
Nevada Bar No. 11187
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 6, 2013

Submitted by:

MARQUIS AURBACH COFFING

By: /s/ Frank M. Flansburg III
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

MAC:12041-003 2038338_1 8/5/2013 8:59 AM