# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST CO., | Case No. 2:11-cv-01820-GMN-NJK |
| Plaintiff(s), | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| POST RAINBOW, LLC, et al., | **ORDER STAYING CASE** |
| Defendant(s). | |

On May 7, 2014, the Court held a settlement conference in this case. Docket No. 101. The Court then continued the settlement conference to July 21, 2014, at 10:00 a.m. Docket No. 101. Now pending before the Court is a stipulation to continue the settlement conference again. Docket No. 103. The Court hereby **GRANTS** the stipulation and continues the settlement conference to September 10, 2014 at 10:00 a.m. The parties shall submit amended confidential settlement statements to chambers no later than September 3, 2014. All other requirements for the settlement conference outlined in Docket No. 80 continue to apply.

The Court further **ORDERS** that this case be stayed during the pendency of the continued settlement conference.

IT IS SO ORDERED.

DATED: July 7, 2014

_____
Nancy J. Koppe
United States Magistrate Judge