## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST CO., | Case No. 2:11-cv-01820-GMN-NJK |
| Plaintiff(s), | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | **ORDER STAYING CASE** |
| POST RAINBOW, LLC, et al., | |
| Defendant(s). | |

On May 7, 2014, the Court held a settlement conference in this case. Docket No. 101. At the parties' request, the Court continued the settlement conference. *See* Docket No. 102. On September 10, 2014, the Court held the continued settlement conference. Docket No. 105. The parties have now requested an additional continuance to the settlement conference, which the Court hereby **GRANTS**. Accordingly, the Court **CONTINUES** the settlement conference to December 2, 2014, at 10:00 a.m. The parties shall submit amended confidential settlement statements to chambers no later than November 25, 2014. All other requirements for the settlement conference outlined in Docket No. 80 continue to apply.

The parties are ordered to <u>diligently</u> gather the information discussed during the settlement conference. To the extent either party believes they will not be prepared to engage in meaningful discussions at the continued settlement conference due to, *inter alia*, a lack of information or inadequate time to review information, that party shall request a further continuance of the settlement conference no later than November 20, 2014. Similarly, if either party believes that a further settlement conference

would be futile, that party shall request that the Court vacate the settlement conference no later than November 20, 2014.  **<u>The Court reminds the parties that appearing for a settlement conference with no intention of engaging in meaningful settlement discussions wastes judicial and party resources, and may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 16(f).</u>**  *See Guillory v. Dotmar Indus. Inc.*, 95 F.3d 1320, 1334 (5th Cir. 1996); *see also Hansen v. Robinson Nev. Mining Co.*, 2013 U.S. Dist. Lexis 118011, *2 (D. Nev. Aug. 20, 2013); *Travelers Property Cas. Co. Of Am. v. Las Vegas Township Constables Office*, 2013 WL 3975664, *8 (D. Nev. Aug. 1, 2013); *Hansen v. State Farm Mutual Auto. Co.*, 2013 WL 1385639, *4 (D. Nev. Apr. 3, 2013).  The Court expects that the parties will appear at the continued settlement conference prepared to discuss actual terms for resolving this case unless a request to continue or vacate the settlement conference is timely filed.

The Court further **ORDERS** that this case be stayed during the pendency of the continued settlement conference.

IT IS SO ORDERED.

DATED: September 10, 2014

_____
Nancy J. Koppe
United States Magistrate Judge