# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, ) <br> ) <br>              Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> POST RAINBOW, LLC, et al., ) <br> ) <br>              Defendant(s). ) <br> ) | Case No. 2:11-cv-01820-GMN-NJK <br><br> ORDER SETTING TELEPHONIC HEARING |

      The undersigned held a settlement conference in this case on May 7, 2014 and, at the request of the parties, continued that settlement conference to a later date. *See* Docket Nos. 101, 102. Since that time, the Court has granted numerous requests to further continue the settlement conference (including during a subsequent continued settlement conference itself) on the grounds that Plaintiff requires more information and more time to review information from various other parties. The settlement conference is currently set to resume on January 13, 2015. *See* Docket No. 109. The Court has previously indicated that counsel and the parties should take all reasonable steps to be prepared to move forward with the settlement conference as scheduled. *See* Docket No. 109 ("The Court anticipates that no further continuances will be required").

      The parties failed to comply with the Court's order to submit amended settlement statements by January 6, 2015. *See* Docket No. 110. Following issuance of an order to provide those statements, the Court has now received them. To the Court's chagrin, the statements make clear that Plaintiff still has not completed its collection and review of the information needed to conduct a meaningful settlement

conference <u>notwithstanding the months of time already provided to do so</u>.  Instead, the parties both indicate that they will meet prior to the upcoming settlement conference (during the intervening two business days) so that further questions may be posed to various defendants.  Based on the history of this case, the Court is not confident that this eleventh-hour meeting will be sufficient to enable the Court to resume the settlement conference on January 13, 2015 as ordered.

In an effort to avoid waste of further judicial and party resources, the Court hereby **SETS** a telephonic hearing for January 9, 2015, at 10:00 a.m.  Counsel shall appear telephonically at that hearing by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: January 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge