# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST CO., ) | Case No. 2:11-cv-01820-GMN-NJK |
| Plaintiff(s), ) | **ORDER** |
| v. ) | |
| POST RAINBOW, LLC, et al., ) | |
| Defendant(s). ) | |

On May 8, 2014, the Court ordered that this case be stayed pending the completion of the settlement conference. Docket No. 102. As the settlement conference has now concluded, *see* Docket No. 114, the Court hereby **LIFTS** the stay. Should the parties wish the Court to address any of the issues raised in their motions denied without prejudice, *see* Docket No. 107, those motions must be filed no later than February 13, 2015. In the event no dispositive motions are filed, the parties are **ORDERED** to submit a proposed joint pretrial order no later than March 13, 2015.

For each related case that has been stayed pending completion of the settlement conference, the parties are **ORDERED** to file, no later than January 20, 2015, a notice that a settlement was not reached and that the settlement conference in this case has been concluded.

IT IS SO ORDERED.

DATED: January 14, 2015

_____
Nancy J. Koppe
United States Magistrate Judge